In the Matter of the Appraisal under the Transfer Tax Act of the Estate of JOSEPHINE LOUISE NEWCOMB, Deceased.

BRANDT V. B. DIXON et al., as Executors, etc., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Newcomb*, 71 App. Div. 606, affirmed.
(Argued October 6, 1902; decided October 21, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 23, 1902, which affirmed an order of the New York County Surrogate's Court assessing the transfer tax upon the estate of Josephine Louise Newcomb, deceased.

*George F. Canfield* for appellants.

*Julius Offenbach* for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

In the Matter of the Accounting of BRIDGET GOETZ et al., Respondents, as Executors of and Trustees under the Will of IGNACE GOETZ, Deceased.

EDWARD P. GOETZ et al., Appellants.

*Matter of Goetz*, 71 App. Div. 272, appeal dismissed.
(Argued October 6, 1902; decided October 21, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 5, 1902, which reversed a decree of the New York County Surrogate's Court construing the will of Ignace Goetz, deceased, and remitted the case to the surrogate for further action.

*Thomas F. Byrne* for appellants.

*William H. Hamilton* for respondents.

Appeal dismissed, without costs, on the ground that the order appealed from is not a final order; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.